**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:19-cv-32

TYLER MORRISON and ALISHA MORRISON, Individually and as Parent and Natural Guardian of LIAM MORRISON, a minor, as Parent and Natural Guardian of LILLY MORRISON, a minor, and as Parent and Natural Guardian of LOGAN MORRISON, a minor,

    Plaintiffs,

v.

SAMSUNG ELECTRONICS AMERICA, INC.; and SAMSUNG ELECTRONICS CO., LTD.

    Defendants.

---

**NOTICE OF REMOVAL**

---

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Samsung Electronics America, Inc. ("SEA") hereby gives Notice of Removal of Plaintiffs' *Complaint and Jury Demand* ("Complaint") from the District Court, El Paso County, Colorado, to the United States District Court for the District of Colorado. As grounds for this removal, Defendants state as follows:

    1.    On November 7, 2018, Plaintiffs filed their Complaint against Defendants in the District Court, El Paso County, Colorado, No. 2018CV032753 ("State Court Action"). A copy of the Complaint is attached as **Exhibit A**.

    2.    On December 5, 2018, Plaintiffs served SEA with a copy of the Complaint through its registered agent. Defendant Samsung Electronics Co., LTD ("SEC") has not yet been served.

    3.    A United States District Court "shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between … citizens of different States." 28 U.S.C. § 1332(a).

4. For the purposes of 28 U.S.C. § 1332, "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." 28. U.S.C. § 1332(c).

5. The Complaint alleges that Plaintiffs are Texas residents who, at the time of the events giving rise to the Complaint, were Colorado residents. (Exhibit A, ¶¶ 5-6).

6. Defendant SEA is a New York corporation with its principal place of business in New Jersey. (Exhibit A, ¶ 7).

7. Defendant SEC is a foreign corporation with its principal place of business in Korea. (Exhibit A, ¶ 8).

8. Based on the foregoing, complete diversity exists between Plaintiffs and Defendants pursuant to 28 U.S.C. § 1332(a)(1).

9. The State Court Action is a civil product-liability action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332.

10. Although the amount of damages claimed by Plaintiffs is not specifically alleged in the Complaint, Plaintiffs have stipulated that they are seeking in excess of $100,000 as damages. Additionally, Plaintiffs marked the box on the civil case cover sheet confirming "[a] monetary judgment over $100,000" is being sought. Accordingly, the amount in controversy exceeds $75,000. A copy of the District Court Civil Case Cover Sheet is included in **Exhibit B**.

11. Venue is proper in the United States District Court for the District of Colorado because it is the location where the State Court Action is pending. *See* 28 U.S.C. § 1446(c).

12. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332. The parties are completely diverse, the amount in controversy exceeds $75,000, and venue is proper in this Court.

13. Accordingly, the above-entitled action may be removed to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446.

14. This Notice is timely pursuant to 28 U.S.C. § 1446(b) in that it has been filed within thirty days of the date on which SEA first received a copy of Plaintiff's initial pleading setting forth the claim for relief upon which the action is based.

15. Pursuant to Local Rule 81.1, a current docket sheet from the State Court Action and all filings in that action are attached as **Exhibit C**. Further, pursuant to Local Rule 81.1, Defendants state that there are no hearings pending in the State Court Action.

16. In accordance with 28 U.S.C. § 1446(d), a Notice of Removal of Complaint to United States District Court for the District of Colorado is being filed with the Clerk of the District Court, El Paso County, Colorado. A copy of the Notice of Removal is attached as **Exhibit D.**

17. Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, SEA will present its defenses by pleading at the time prescribed therein, and specifically reserve its right to assert any and all defenses and affirmative matters in this case, including, but not limited to, any defenses available under Rule 12(b) of the Federal Rules of Civil Procedure. Nothing in this Notice of Removal is intended as a waiver or relinquishment of such rights.

18. Undersigned counsel certifies that copies of this Notice of Removal will be promptly provided to all other parties after filing of the Notice.

19.     The Complaint is hereby removed by Defendant from the District Court, El Paso County, Colorado to the United States District Court for the District of Colorado.  28 U.S.C. § 1446(a).

DATED: January 4, 2019

Respectfully submitted,

By: /s/ *Ryan Tamm*
Jason D. Melichar, Reg. #31114
Ryan H. Tamm, Reg. #46350
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street, Suite 2750
Denver, CO 80202
(303) 572-5300
(303) 573-5301 (fax)
Jason.Melichar@wilsonelser.com
Ryan.Tamm@wilsonelser.com
*Attorneys for Defendant Samsung Electronics America, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of January, 2019, a true and correct copy of the foregoing *Notice of Removal* was filed with the Clerk of the United States District Court using the CM/ECF system, and served to the following:

Theodore Laszlo, Jr.
Michael J. Laszlo
2595 Canyon Boulevard, Suite 210
Boulder, CO 80302
*Attorneys for Plaintiffs*

                /s/ *Ryan Tamm*
                Ryan Tamm